AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| State Farm Fire and Casualty Company<br>*Plaintiff*<br>v.<br>James Allen Busby *aka James Allen Busy, Sr.*, Mark Busby, Christopher Busby, Tri-County Homes Inc., Cindy Dorman, Mark Busby, *Personal Representative of the estate of Elaine Mauldin,* and Paul Glenn Busby<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.    8:23-cv-140-DCC |

**SUMMARY**
**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: Summary Judgment is granted on behalf of Tri-County Homes, Inc and dismisses defendant Cindy Dorman.  Summary Judgment is also granted on behalf of James Allen Busby, Senior and dismisses his co-defendants Mark Busby, Christopher Busby and Paul Glenn Busby.

This action was *(check one)*:

■ decided by the Honorable Donald C. Coggins, Jr.

Date:   January 23, 2024                                               *CLERK OF COURT*

                                                                                    s/Angela Lewis, Deputy Clerk
                                                                          *Signature of Clerk or Deputy Clerk*